UNITED STATES DISTRICT COURT

WESTERN DISTRICT STATE OF LOUISIANA

| | |
|---|---|
| RICARDO DARBONNE | CIVIL ACTION NO. 22-6013 |
| VERSUS | JUDGE |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | MAGISTRATE JUDGE |

**CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, Allstate Vehicle and Property Insurance Company, who files this Corporate Disclosure in compliance with Federal Rule of Civil Procedure 7.1. Allstate Vehicle and Property Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, which is an Illinois corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation. Allstate Vehicle and Property Insurance Company does not own 10% or more of any publicly traded entity.

Respectfully submitted,

/s/ James L. Donovan, Jr.
JAMES L. DONOVAN, JR. (1337)
DONOVAN & LAWLER, APLC
4640 Rye Street

-1-

                          Metairie, LA 70006
                          Telephone:  (504) 454-6808
                          Facsimile:  (504) 887-5885
                          Email:  jdonovan@donovanlawler.com

                          Attorneys for defendant,
                          Allstate Insurance Company

## CERTIFICATE OF SERVICE

     I hereby certify that on November 18, 2022 the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                          /s/ James L. Donovan, Jr.